# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA HERRERA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-00742-JCM-NJK<br><br>**Order**<br><br>(Docket No. 14) |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 14. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 21, 2018.

IT IS SO ORDERED.

Dated: July 23, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　United States Magistrate Judge