Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELICA HERRERA, | Case No. 2:18-cv-00742-JCM-NJK |
| Plaintiffs, v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC, | **STIPULATION OF DISMISSAL OF DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendants. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Defendants Equifax Information Services, LLC; and Trans Union, LLC from the above captioned action, with prejudice. Each party will bear their own fees and costs. |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Defendants Equifax Information Services, LLC; and Trans Union, LLC from the above captioned action, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED,

Dated September 20, 2018

| | |
|---|---|
| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>PAYNE LAW FIRM LLC<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br><br>David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>*Attorneys for Plaintiff* | /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>*Attorneys for Defendant*<br>*Trans Union LLC* |
| | /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br><br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED: September 28, 2018  _____
UNITED STATES DISTRICT COURT JUDGE